UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Eric Junod, 51349-039,

        Petitioner,

v.

E. Rardin,

        Respondent(s).
_____/

Case No. 24-12399

Judge Stephen J. Murphy, III

Magistrate Judge Patricia T. Morris

## ORDER AMENDING CAPTION

The Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. The proper Respondent for a habeas petition filed pursuant to 28 U.S.C. § 2254 is the state officer having custody of the Petitioner. *See* Rule 2, Rules Governing Section 2254 Cases. Petitioner is incarcerated at:

> FCI Milan
> Federal Correction Institution
> P.O. Box 1000
> Milan, MI 48160
> WASHTENAW COUNTY

The Warden of that facility is  Eric Rardin .

Accordingly, the Court hereby **ORDERS** the case caption be amended to read as follows:

*"Eric Junod v. Eric Rardin."*

Date:  September 13, 2024

s/David R. Grand
David R. Grand
United States Magistrate Judge

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date:  September 13, 2024

S/ JParker
Deputy Clerk