**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ERIC JUNOD,                                           CASE NO. 2:24-CV-12399

      Petitioner,                              HONORABLE STEPHEN J. MURPHY, III

      v.

ERIC RARDIN,

      Respondent.
_____ /

## ORDER REQUIRING RESPONSIVE PLEADING

The petition for a writ of habeas corpus has been examined. It is not subject to summary dismissal,

**IT IS ORDERED** that the Clerk of the Court serve a copy of the petition and a copy of this Order on Respondent and on the United States Attorney for the Eastern District of Michigan by **first class mail** as provided in Rule 4.

**IT IS FURTHER ORDERED** that Respondent file an answer to the petition in accordance with Rule 5, Rules Governing Section 2254 Cases by **NOVEMBER 1, 2024.** Petitioner shall have **45 days** from the date of the responsive pleading to submit a reply.

                                                **s/David R. Grand**
                                                DAVID R. GRAND
                                                UNITED STATES MAGISTRATE JUDGE

DATED:9/26/2024
_____

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served upon Plaintiff on the date indicated below by first class mail.

Date:   9/26/2024                                          s/ JParker
                                                                     Deputy Clerk