United States District Court
Eastern District of Michigan

Eric Junod,

      Petitioner,                  Case No. 24-CV-12399

v.

Eric Rardin, Warden,

      Respondent.

---

### NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

**To: Attorney Admission Clerk and All Other Parties**

Please take notice of the following addition of an Assistant U.S. Attorney for the above captioned case:

Add the following AUSA:

Name:      Jessica Currie

Bar ID:     P74213

Telephone:  (313) 226-9531

Email:      Jessica.Currie@usdoj.gov

                                            *s/Jessica Currie*
                                            Jessica Currie
                                            Assistant United States Attorney
                                            211 West Fort Street
                                            Detroit, MI 48226
                                            (313) 226-9531
                                            Jessica.Currie@usdoj.gov

Dated: September 26, 2024