United States District Court
Eastern District of Michigan

Eric Junod,

      Petitioner,                       Case No. 24-CV-12399

v.

Eric Rardin, Warden,

      Respondent.

---

## NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

**To: Attorney Admission Clerk and All Other Parties**

Please take notice of the following addition of an Assistant U.S. Attorney for the above captioned case:

Add the following AUSA:

Name:     Erin Shaw

Telephone:     (313) 226-9182

Email:     Erin.Shaw@usdoj.gov

                                        *s/Erin S. Shaw*
                                        Erin S. Shaw
                                        Assistant United States Attorney
                                        211 West Fort Street
                                        Detroit, MI 48226
                                        (313) 226-9182
                                        Erin.Shaw@usdoj.gov

Dated: October 31, 2024