UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

Eric Junod (#51349-039),

       Petitioner,            Case No. 24-12399

       v.

                            Honorable Stephen J. Murphy, III

Eric Rardin (Warden),

       Respondent.

_____/

**EXHIBIT TO RESPONSE TO**
**PETITION FOR WRIT OF HABEAS CORPUS**

Exhibit A    Declaration of Jeremy Cooper

    Exhibit 1    October 4, 2024 Memo – First Step Act (FSA) Planning Dates

    Exhibit 2    FTC Worksheet dated October 12, 2024

Respectfully submitted,

Dawn N. Ison
United States Attorney

*/s/ Erin S. Shaw*
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9182
erin.shaw@usdoj.gov

Dated: October 31, 2024

## CERTIFICATE OF SERVICE

I certify that on October 31, 2024, I electronically filed this pleading with

the Clerk of the Court using the ECF system, and that I caused this pleading to be

mailed by United States Postal Service to:

        Eric Junod (#51349-039)
        FCI Milan
        P.O. Box 1000
        Milan, MI  48160

                  */s/ Erin S. Shaw*
                  Assistant United States Attorney