UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ERIC JUNOD,

        Plaintiff(s),                      Case No. 24-12399

v.                                            Honorable Stephen J. Murphy, III

ERIC RARDIN,                        Magistrate Judge Patricia T. Morris

        Defendant(s).
_____/

**ORDER OF RECUSAL AND REASSIGNMENT**

      A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: December 17, 2024                            s/Stephen J. Murphy, III
                                                                         Stephen J. Murphy, III
                                                                         U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Matthew F. Leitman.
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

      I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: December 17, 2024                            s/ S Schoenherr
                                                                         Deputy Clerk