

MIE (Rev.08/2020) Notice of Change of Address

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**F I L E D**

MAY 1 3 2025

CLERK'S OFFICE
DETROIT

Eric Junod

        Plaintiff(s),

v.

Eric Rardin

        Defendant(s).

_____ /

Case No. 2:24-CV-12399

Judge Matthew F. Leitman

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 11.2, I, Eric Junod _____, notify the Court that my

address has changed as listed below:

**Old Address**

Street Address: PO Box 1000 _____

City, State, Zip Code: Milan, MI, 48160 _____

Phone Number: _____

**New Address**

Street Address: 9368 Softwater Woods Dr _____

City, State, Zip Code: Clarkston, MI, 48348 _____

Phone Number: 725-336-2679 _____

Note: If you have more than one case, you must file a notice of change of address in each case.

Date: 5/8/2025 _____

_____
Signature

Eric Junod
_____
Printed Name

MIE (Rev.08/2020) Notice of Change of Address

## CERTIFICATE OF SERVICE

I certify that on this date a copy of this notice was served on the following parties and/or counsel of record by first class U.S. mail.

Erin Shaw

Jessica Vartanian Currie



Date: 5/8/2025

_____
Signature

Eric Junod
_____
Printed Name

2

ERIC JUNOD
9368 SOFTWATER WOODS DR
CLARKSTON, MI 48348

METROPLEX MI 480

9 MAY 2025 PM 5 L

FOREVER

USA

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
231 LAFAYETTE BLVD
DETROIT, MI, 48 226

48226-279426

RECEIVED
MAY 13 2025
CLERK'S OFFICE
DETROIT