UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

Eric Junod (#51349-039),

    Petitioner,                             Case No. 24-12399

    v.

                                            Honorable Matthew F. Leitman

Eric Rardin (Warden),

    Respondent.

_____/

## **SUGGESTION OF MOOTNESS**

Last September, Eric Junod filed a petition for a writ of habeas corpus seeking immediate transfer from FCI Milan to a halfway house. (ECF No. 1, PgID 8, 12). Junod recently filed a notice of change of address, informing that he now resides in Clarkston, Michigan. (ECF No. 12, PgID 184). Accordingly, his petition is now moot.

                                            Respectfully submitted,

                                            Jerome F. Gorgon Jr.
                                            United States Attorney

                                            */s/ Erin S. Shaw*
                                            Assistant United States Attorney
                                            211 West Fort Street, Suite 2001
                                            Detroit, MI 48226
                                            (313) 226-9182
                                            erin.shaw@usdoj.gov

Dated: May 14, 2025

## CERTIFICATE OF SERVICE

I certify that on May 14, 2025, I electronically filed this pleading with the Clerk of the Court using the ECF system, and that I caused this pleading to be mailed by United States Postal Service to:

>Eric Junod
>9368 Softwater Woods Dr.
>Clarkston, MI 48348

>/s/ Erin S. Shaw
>Assistant United States Attorney