UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC JUNOD,

      Petitioner,                                         Case No. 24-cv-12399
                                                              Hon. Matthew F. Leitman

v.

ERIC RARDIN,

      Respondent,
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

                                                            KINIKIA ESSIX
                                                            CLERK OF COURT

                                      By:    s/Holly A. Ryan
                                                     Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 28, 2025
Detroit, Michigan